## MAYS v. THE STATE.

ATKINSON, J. A question of constitutional law, not raised on the trial of an accusation in the criminal court of Atlanta, but first made in a petition for certiorari to the superior court after verdict in the criminal court of Atlanta, was not properly presented for decision. A writ of error from the decision on certiorari was returnable to the Court of Appeals. *Edwards* v. *McNair*, 152 *Ga.* 486 (110 S. E. 280), and cit.

*Transferred to Court of Appeals. All the Justices concur.*

No. 8569. AUGUST 9, 1932.

*Sims & Berman,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general,* and *J. W. LeCraw,* contra.